IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **EXAE BARRERA GOMEZ,** : | |
| Petitioner : | |
| : | |
| v. : | **CASE NO. 7:06-CV-5 (HL)** |
| : | Motion Pursuant to Rule 52(b) |
| : | Re: CASE NO. 7:03-CR-30 (HL) |
| **UNITED STATES OF AMERICA,** : | |
| Respondent : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 34) filed January 19, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 35) filed February 7, 2006 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 29th day of March, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**